# CERTIFICATE OF COMPLETION

This certifies that

*Rosa Mae Williams*

has successfully completed

**Basic Law 1**

Consisting of <u>9</u> hours of Training

Given this 26th Day of October, 2004 at FCI Tallahassee, Florida

_____
*Elizabeth Smith, Resident*
*Instructor*

_____
*Shasma Ford, Law Library*
*Coordinator*

_____
*Sandy Layne, Supervisor*
*of Education*

# This Certifies That

## Rosa M. Williams

Has Successfully completed **3500 Hours** of

# Life Skills

March 21, 2005 - March 17, 2006

FCI Tallahassee
Tallahassee, Florida

Natasha Young
Instructor

Sandy Layne
Supervisor of Education

# ～ Certificate of Achievement ～

This certifies that

## Rosa Williams

has satisfactorily completed

## Call Center Training

Consisting of __54__ Hours of Training

This certificate is hereby issued this __27th__ day of __April__, 20__06__

## Most Improved Student

_____
Luis Lopez
Supervisor of Industries & Education

_____
Sandy Layne
Supervisor of Education

# This Certificate of Appreciation

## is awarded to

_Lisa Williams_

This honors you as a "seasoned" mother of excellence.

God's light shines through you.

You are a jewel in the Master's crown.

Signed this 13th day of May 2007.

_Chaplain Minter_



# PASTORAL CARE DEPARTMENT
# FCI DANBURY

PRESENTS THIS CERTIFICATE TO

ROSA MAE WILLIAMS

FOR HAVING PARTICIPATED IN THE 12-HOUR SEMINAR "LIFE IN THE SPIRIT"

PRESENTED THIS 15TH DAY OF NOVEMBER, 1995

*Anne Marie Raftery, Chaplain*

# Certificate of Appreciation

presented to

# ROSA WILLIAMS

your hardwork and dedication played a vital role in making **FCI** Tallahassee's first **FAMILY DAY** a success this 21st day of June, 1997.

*Tracey Brown*
*Family Day Coordinator*

# Certificate Of Appreciation

PRESENTED

TO

## Rosa Williams

AS

A MEMBER OF THE 62 VOICES

OF

THE FCI DANBURY GOSPEL CHOIR

PRESENTED APRIL 28th, 1996, SPRING CONCERT

"BEHOLD, THE LAMB OF GOD..." ST. JOHN 1:29b

---

Warren H. Dolphus, Chaplain
Choir Director

Ramona Brant, Assistant
Choir Director

Anne Marie Raftery, Chaplain
Supervisor

# Certificate of Completion

*This certifies that*

_____ Rosa Mae Williams _____

*has voluntarily participated in the research study entitled*
*The Development of the Transition Readiness Scale for Female Inmates*

Completed on this 20th day of July, 2004



_____ M. Etheridge, MS/EdS _____
*Mary Anne Etheridge, M.S., Ed.S.*
*Psychology Intern, FCI Tallahassee*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**PROGRESS REPORT**

FCI Tallahassee, Florida
Institution

Date: 11-23-05

**Inmate Reviewed:**

Inmate Signature: *Copy supplied*
Date: 12/1/05
Staff Signature: [signed]

| 1. Type of Progress Report | | |
|---|---|---|
| Initial: _____ | Statutory: _____ | Pre-Release: _____ |
| Transfer: _____ | Triennial: __XX__ | Other (specify): _____ |

| 2. Name | 3. Register Number | 4. Age (DOB) |
|---|---|---|
| WILLIAMS, Rosa Mae Smiley | 03301-017 | 63 (02-03-1942) |

| 5. Present Security / Custody Level   LOW/IN |
|---|

| 6. Offense / Violator Offense |
|---|
| VIOLATION OF A CONTROLLED SUBSTANCE ACT |

| 7. Sentence |
|---|
| LIFE; 10 YEARS SUPERVISED RELEASE; A $50.00 FELONY ASSESSMENT (3559 PLRA SENTENCE) |

| 8. Sentence Began | 9. Months Served & JCT | 10. Days GCT/EGT/SGT |
|---|---|---|
| 10-19-1994 | 109 MONTHS & 214 DAY JCT | 0/0/0 |

| 11. Days FSGT/WSGT/DGCT | 12. Projected Release | 13. Last USPC Action |
|---|---|---|
| 0/0/0 | LIFE SENTENCE | NOT APPLICABLE. |

| 14. Detainers/Pending Charges |
|---|
| THE STATE OF FLORIDA HAS LODGED A PROBATION VIOLATION DETAINER AGAINST WILLIAMS. |

| 15. Codefendants |
|---|
| NOT APPLICABLE. |

Inmate File
U. S. Probation Office
U. S. Parole Commission (if applicable)
Inmate

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

**PROGRESS REPORT (CONTINUED)**

| NAME: WILLIAMS, Rosa Mae Smiley | REGISTER NUMBER: 03301-017 | DATE: 11-23-05 |
|---|---|---|

### 16.  INSTITUTIONAL ADJUSTMENT

a.  **Program Plan:**  Program goals established at initial classification as well as subsequent program reviews include the GED classes, self development groups, wellness program, religious services and the Financial Responsibility Program.  Williams has made good progress toward the completion of several of these program goals and has made a good adjustment to incarceration. She maintains appropriate relations with both staff and inmates.

b.  **Work Assignments:**  At FCI Danbury, Williams' primary work assignment was in the kitchen. She consistently received outstanding work performance ratings at this detail.  At FCI Tallahassee, she was initially assigned to the Food Service Department on 05-28-1996.  She consistently received outstanding work performance ratings at this detail.  Williams was then reassigned to the UNICOR department on 02-02-1998.  For approximately four years, she operated the press machine and was later reassigned to the Automated Data Processing section of UNICOR for approximately one year.  She consistently received good to outstanding work performance ratings while in UNICOR, and received incentive awards in July 1999, March 2000, December 2000 and May 2002.  These awards were given for her excellent work habits, cooperative attitude and superior performance.  Williams was reassigned to the Laundry detail on 11-25-2003, and has remained here to the current date.  Here she worked as a folder and seamstress and consistently receives good to outstanding work performance ratings.

c.  **Educational/Vocational Participation:**   Williams is currently enrolled in the Life Skills GED Program.

d.  **Counseling Programs:**   Williams is not participating in any counseling programs.

e.  **Incident Reports:**   Williams has maintained a clear conduct record.

f.  **Institutional Movement:**   Williams was originally designated to FCI Dublin on 12-21-94.  She was then transferred to FCI Danbury on 04-12-95, in order to relieve overcrowding.  She was ultimately transferred to FCI Tallahassee on 05-21-96, in to increase population at this facility. There has been no additional movement since that date.

g.  **Physical and Mental Health:**   Williams is classified as regular duty work status with restrictions for lifting, allergic conditions and lower bunk placement.  There are no serious mental or emotional health problems noted that would have an adverse affect on her employability.

h.  **Progress on Financial Responsibility Plan:**   The courts of the Middle District of Alabama imposed a $50.00 felony assessment in this case.  She has satisfied this financial obligation.

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

**PROGRESS REPORT (CONTINUED)**

NAME: WILLIAMS, Rosa Mae Smiley     REGISTER NUMBER: 03301-017     DATE: 11-23-05

## *RELEASE PLANNING*

17. **Release Plans:** Williams is currently serving a Life sentence.

   **a. Residence:**     Not applicable.

   **b. Employment:**    Not applicable.

   **c. CUSPO:**         Joseph T. Nash, Chief, Middle District of Alabama

This case is subject to the notification provisions of 18 U.S.C. 4042(b) due to her conviction for a drug trafficking crime and past conviction for violence.

_____                    _____
David Duris, Case Manager                     Jim Burnett, C Unit Manager